| | |
|---|---|
| 1 | Jared T. Walker (Cal. SB#269029 – *pro hac vice* admission) |
| 2 | P.O. Box 1777 |
|   | Orangevale, CA 95622 |
| 3 | P: (916) 476-5044 |
|   | F: (916) 476-5064 |
| 4 | jared@jwalker.law |
| 5 | Attorneys for Plaintiff, |
| 6 | WANDA M. OSBORNE |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WANDA M. OSBORNE, | Case No.: 3:22-cv-00396-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | |
| KILOLO KIJAKAZI, | STIPULATION FOR FIRST EXTENSION |
| Acting Commissioner of Social Security, | OF TIME FOR PLAINTIFF TO FILE |
| Defendant. | OPENING BRIEF |

In IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be February 10, 2023. This is Plaintiff's first request for an extension of time. Plaintiff's counsel needs additional time to file Plaintiff's motion for summary judgment due to the length of the administrative record in this case, multiple conflicting deadlines in other matters, including other social security appeals with concurrent briefing deadlines and administrative records of similar length, as well as delays associated with undersigned counsel travelling out of town during the recent holidays. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: January 5, 2023                    Respectfully submitted,

                                            /s/ *Jared Walker*
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                            JASON M. FRIERSON
                                            United States Attorney

Dated: January 5, 2023              By:   /s/ *Sohayl Vafai*
                                            (*signature authorized by email on 1/05/2023)
                                            SOHAYL VAFAI
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

                                            ORDER

APPROVED AND SO ORDERED:

Dated:  January 5, 2023                    _____
                                            HON. CARLA BALDWIN
                                            U.S. Magistrate Judge