JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4838
Email: sohayl.vafai@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WANDA M. OSBORNE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 3:22-cv-00396-CLB<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

　　On remand, the Commissioner's Appeals Council will determine if a third hearing before an administrative law judge is necessary.  In the event the Appeals Council determines to remand this case to an administrative law judge, the purpose of that third administrative hearing will be to properly evaluate the medical opinion evidence, re-assess Plaintiff's testimony as to the severity of her

symptoms, update the medical treatment records as needed, and procure further testimony from a qualified vocational expert as reasonably necessary to re-determine if significant jobs exist in the national economy which Plaintiff can perform. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 14, 2023          Respectfully submitted,

*/s/ Jared T. Walker\**
(*as authorized via email)
JARED T. WALKER
P.O. Box 1777
Orangevale, CA 95662
Telephone: (916) 476-5044
Fax: (916) 476-5064
Email: jared@jwalker.law
Attorney for Plaintiff

Dated: February 14, 2023          Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Sohayl Vafai*
SOHAYL VAFAI
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2023

2